UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

v.                                                   No. 20-CR-123-JLS

RAMINDERJIT ASSI,

                Defendant.

---

### DEFENDANT RAMINDERJIT ASSI'S
### STATEMENT WITH RESPECT TO SENTENCING FACTORS

      Mr. Assi and his counsel have reviewed the draft presentence report (ECF 47) prepared by Officer Ashley Tarant, USPO-WDNY (the "PSR"). There are no errata noted and the defense adopts the findings in the PSRs.

      Mr. Assi respectfully requests that the Court advise him about all information which it will consider in imposing sentence which negatively impacts on the defendant and about which the defendant has no prior notice from the presentence report, including, but not limited to, *ex parte* communications with United States Probation Officers and victims. *See generally United States v. Mueller*, 168 F.3d 186 (5th Cir. 1999); *United States v. Corace*, 146 F.3d 51 (2d Cir. 1998); *United States v. Rivera*, 96 F.3d 41 (2d Cir. 1996).

Dated:   September 19, 2023
            Williamsville, NY

                                      **SINGER LEGAL PLLC**
                                      *Attorneys for Defendant Raminderjit Assi*

                                        By:    s/ Robert C. Singer, Esq.
                                              Robert C. Singer, Esq.
                                              80 East Spring Street
                                              Williamsville, New York 14221
                                              (716) 222-3288
                                              rob@singerlegalpllc.com

**TO:** **United States Attorney's Office**
**for the Western District of New York**
*Counsel for Plaintiff United States of America*
Michael Adler, Esq.
138 Delaware Avenue
Buffalo, New York 14202
(716) 843-5700