

May 18th, 2022

Subject: **Raminderjit Assi**

To Whom This May Concern,

Mr. Assi has been sub-contracting for AJM Installers for almost a year now. In that time, he has grown significantly within the company. He is exceedingly punctual, very hard-working, respectful, and driven.

He started out helping on small jobs and learning the ropes. At six months, he received a promotion. As foreman, he now leads projects for the company and helps train others.

Losing Mr. Assi has been a tremendous loss for the company. We're hopeful he will be able to return to his role within the company ASAP.

Sincerely,

DocuSigned by:
[signature]
AF911F538EE4456...

Andrew Meneses
Owner/ Director
647-210-6212



DEFENDANT'S EXHIBIT
**D**
USA v. Assi - 20-CR-123

DE D Page 1 of 2

Raman Devgun
Owner
Rays Contracting Group Inc.
612 Yates Drive,
Milton, ON  L9T 7R1
416-702-1481
Devgun.Raman@gmail.com

May 17, 2022

To Whom It May Concern:

I am writing on behalf of Raminderjit Assi who is appearing before your court.

My name is Raman Devgun and I am the owner of Rays Contracting Group Inc. I have known Raminderjit Assi for over ten years, both in a professional and personal capacity. Mr. Assi has worked for me at Rays Contracting Group Inc. as a carpenter and framer. Throughout the course of my professional relationship with Mr. Assi, I have developed a valuable personal and professional friendship with him. Furthermore, Mr. Assi has a close relationship with my family and is a welcome addition to all family gatherings.

Mr. Assi has been an important asset for Rays Contracting Group Inc. He has always shown initiative to help grow Rays Contracting Group Inc. and has gone above and beyond on daily tasks. Mr. Assi has been responsible for the successful completion of many projects and has stepped up into a leadership role whenever necessary. Mr. Assi is a responsible and reliable employee.

Mr. Assi and I have a strong personal relationship and it is a pleasure for me to provide this character reference on his behalf. Mr. Assi is somebody I fully trusted to manage and see through my active job sites and projects, from bidding stage to completion. Anytime there was a family emergency or time required away from my business, I knew my endeavor was in good hands. I know Mr. Assi to be incredibly family oriented and trustworthy. At all times that I have known Mr. Assi has been an exemplary contributor.

I thank the court for their time and it is my sincere hope that the court takes this letter into consideration and provides Mr. Assi with leniency at the time of sentencing. Despite the current case, I believe that Raminderjit Assi is an honorable individual and a valued member of his community.

Should the court have any further inquiries I am available by phone and email.

Sincerely,
Raman Devgun

_____